SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JERRY DORAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>REDDING UROLOGIC, et al.,<br><br>    Defendants. | No. 2:04-cv-02003-MCE-CMK<br><br>**REQUEST FOR DISMISSAL**<br><br>**AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

   Plaintiff, JERRY DORAN, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated:  April 3, 2008                DISABLED ADVOCACY GROUP, APLC


                                      /s/ Lynn Hubbard, III
                                     LYNN HUBBARD, III
                                     Attorney for Plaintiff


DATED:  April 9, 2008

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE